IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAROLINE J. KARL,

        Plaintiff,                          3:10-cv-00473-HDM-VPC

    vs.                                   ORDER

QUALITY LOAN SERVICE, *et al.*,

        Defendants.

_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 3rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE