DOC #3891232
06/14/2010 08:52:00 AM
Electronic Recording Requested By
SERVICELINK IRVINE
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00  RPTT: $0
Page 1 of 2

Recording Requested By
ServiceLink

Recording requested by:

When recorded mail to:

Americas Servicing Company
1 Home Campus X2504-017
Customer Service
Des Moines, IA 50328

Space above this line for recorders use

APN: 080-893-01

TS # NV-10-360133-RT

Order # 449949

Investor No. 3955003935

## Assignment of Deed of Trust

For value received, the undersigned corporation hereby grants, assigns, and transfers to

**HSBC Bank USA, National Association as Trustee for Merrill Lynch Alternative Note Asset Trust, Series 2007-A3**

All beneficial interest under that certain Deed of Trust dated **11/3/2006** executed by **CAROLINE JULIA KARL, AN UNMARRIED WOMAN**, as Trustor(s) to **UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC**, as Trustee and recorded as Instrument No. **3464578**, on **11/17/2006**, in Book **XXX**, Page **XXX** of Official Records, in the office of the County Recorder of **WASHOE** County, NV together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Page 1 of 2

NV-10-360133-RT
Page 2

Dated: May 25, 2010

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA**

By: John Kennerty, Assistant Secretary

State of South Carolina      )
                             ) ss
County of York               )

On May 25, 2010 before me, Geraldine Johnson the undersigned Notary Public, personally appeared **John Kennerty** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _Geraldine Johnson_

OFFICIAL SEAL
Notary Public
State of South Carolina
GERALDINE JOHNSON
My Commission Expires Jan. 15, 2013